IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP-LINK SYSTEMS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| NETGEAR, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff TP-Link Systems Inc. states that it is wholly owned by Diamond Creek Corporation, which is wholly owned by JH-1 Zhao Holdings LLC. TP-Link Systems Inc. has no publicly held corporation owning 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____
Brian P. Egan (#6227)
Ben Yenerall (#7132)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
byenerall@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Gregory S. Arovas
Todd M. Friedman
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Luke L. Dauchot
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
(310) 552-4200

David Rokach
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

November 17, 2025

Stephen C. DeSalvo
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000