# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP-LINK SYSTEMS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1396-MN |
| | ) | |
| v. | ) | |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Katharine L. Mowery of Richards, Layton & Finger, P.A., enters her appearance as counsel on behalf of the defendant, NETGEAR, INC., in the above-captioned matter.

*/s/ Katharine L. Mowery*
Katharine L. Mowery (#5629)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
mowery@rlf.com

Dated:  December 2, 2025            *Attorney for Defendant Netgear, Inc.*