# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP-LINK SYSTEMS INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1396-MN |
| | ) |
| NETGEAR, INC. | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT NETGEAR, INC.'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Netgear, Inc. ("Netgear"), by and through undersigned counsel, states that it has no parent company and that no publicly held corporation owns 10% or more of Netgear's stock.

OF COUNSEL:

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
(202) 737-0500

Jennifer S. Recine
Joshua E. Roberts
KING & SPALDING LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 556-2100

Dated: December 2, 2025

/s/ Katharine L. Mowery
Katharine Lester Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
mowery@rlf.com

*Attorneys for Defendant*