### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP-LINK SYSTEMS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1396-MN |
| | ) | |
| v. | ) | |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER EXPANDING PAGE LIMITS

WHEREAS, the Court having considered Defendant Netgear, Inc.'s Unopposed Motion to Expand Page Limits for the Opening and Answering Briefs to Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED this _____ day of _____ _____, 2025, that the Motion is **GRANTED**. The opening and answering briefs to Defendant's Motion to Dismiss shall not exceed 28 pages.

_____
UNITED STATES DISTRICT JUDGE