# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP-LINK SYSTEMS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1396-MN |
| | ) | |
| v. | ) | |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION OF ROBERT K. HUR *PRO HAC VICE*

PURSUANT TO D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert K. Hur of King & Spalding LLP, 1700 Pennsylvania Avenue, NW, Suite 900, Washington, D.C. 20006, to represent the defendant, Netgear, Inc. in this matter.

                                                                                   */s/ Katharine L. Mowery*
                                                                                    Katharine L. Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
mowery@rlf.com

*Attorneys for Defendant Netgear, Inc.*

Dated: December 2, 2025

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Robert K. Hur to represent Netgear, Inc. is granted.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia and the Bar of the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2025, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
(202) 383-8969
rhur@kslaw.com

Dated:  November 30, 2025

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP-LINK SYSTEMS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1396-MN |
| | ) | |
| v. | ) | |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION OF JOSHUA E. ROBERTS *PRO HAC VICE*

PURSUANT TO D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joshua E. Roberts of King & Spalding LLP, 1290 Avenue of the Americas, 14th Floor, New York, NY 10104, to represent the defendant, Netgear, Inc. in this matter.

 

*/s/ Katharine L. Mowery*
Katharine L. Mowery (#5629)
RICHARDS LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
mowery@rlf.com

Dated: December 2, 2025        *Attorneys for Defendant Netgear, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Joshua E. Roberts to represent Netgear, Inc. is granted.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2025, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

/s/ Joshua E. Roberts
Joshua Eric Roberts
KING & SPALDING LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
(212) 827-4092
jroberts@kslaw.com

Dated:  _____12/01/2025_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP-LINK SYSTEMS INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 25-1396-MN |
| | ) | |
| v. | ) | |
| | ) | |
| NETGEAR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND [PROPOSED] ORDER FOR ADMISSION OF JENNIFER S. RECINE *PRO HAC VICE*

PURSUANT TO D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jennifer S. Recine of King & Spalding LLP, 1290 Avenue of the Americas, 14th Floor, New York, NY 10104, to represent the defendant, Netgear, Inc. in this matter.

/s/ Katharine L. Mowery
Katharine L. Mowery (#5629)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
mowery@rlf.com

*Attorney for Defendant Netgear, Inc.*

Dated: December 2, 2025

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jennifer S. Recine to represent Netgear, Inc. is granted.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2025, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____
Jennifer S. Recine
KING & SPALDING LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
(212) 556-2370
jrecine@kslaw.com

Dated: December 2, 2025