# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP-LINK SYSTEMS INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1396-MN |
| | ) |
| NETGEAR, INC. | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on December 8, 2025, Defendant Netgear, Inc. ("Netgear") filed its Motion to Dismiss and Motion to Strike (D.I. 15, the "Motion"); and

WHEREAS, the parties have conferred and agreed to extend the deadlines for answering briefs and reply briefs;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court as follows:

1. The deadline for Plaintiff TP-Link Systems, Inc. to file its answering brief in opposition to the Motion shall be December 23, 2025; and

2. The deadline for Netgear to file its reply brief in support of the Motion shall be January 5, 2026.

| | |
|---|---|
| */s/ Brian P. Egan* | */s/ Katharine L. Mowery* |
| Brian P. Egan (#6227) | Katharine Lester Mowery (#5629) |
| Ben Yenerall (#7132) | RICHARDS, LAYTON & FINGER, P.A. |
| Morris, Nichols, Arsht & Tunnell LLP | One Rodney Square |
| 1201 North Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | (302) 651-7700 |
| (302) 351-9454 | mowery@rlf.com |
| began@morrisnichols.com | |
| byenerall@morrisnichols.com | *Attorneys for Defendant* |

1

Dated: December 19, 2025

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Maryellen Noreika

RLF1 34428774v.1