IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP-LINK SYSTEMS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1396 (MN) |
| | ) |
| NETGEAR, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rachel M. Fritzler of KIRKLAND & ELLIS LLP to represent Plaintiff TP-Link Systems Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
began@morrisnichols.com
cclark@morrisnichols.com

December 22, 2025

*Attorneys for Plaintiff*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Rachel M. Fritzler is GRANTED.

Dated: _____    _____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/24, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: December 22, 2025                    */s/ Rachel M. Fritzler*
                                                               Rachel M. Fritzler
                                                               KIRKLAND & ELLIS LLP
                                                               601 Lexington Avenue
                                                               New York, NY  10022
                                                               (212) 446-4800

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on December 22, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Katharine L. Mowery<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Robert K. Hur<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW Suite 900<br>Washington, DC 20006<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Joshua Eric Roberts<br>Jennifer S. Recine<br>KING & SPALDING LLP<br>1290 Avenue of the Americas 14th Floor<br>New York, NY 10104<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Cameron P. Clark*

Cameron P. Clark (#6647)