IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP-LINK SYSTEMS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-1396 (MN) |
| ) | |
| NETGEAR, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT the appearance of Ben Yenerall of MORRIS, NICHOLS, ARSHT & TUNNELL LLP is hereby withdrawn as counsel for Plaintiff TP-Link Systems Inc. Plaintiff will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP and KIRKLAND & ELLIS LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

December 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Katharine L. Mowery<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Robert K. Hur<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW Suite 900<br>Washington, DC 20006<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Joshua Eric Roberts<br>Jennifer S. Recine<br>KING & SPALDING LLP<br>1290 Avenue of the Americas 14th Floor<br>New York, NY 10104<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)