IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TP-LINK SYSTEMS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-1396 (MN) |
| | ) |
| NETGEAR, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Luke L. Dauchot of KIRKLAND & ELLIS LLP hereby withdraws as counsel for Plaintiff TP-Link Systems Inc. ("Plaintiff") in the above-captioned matter. Plaintiff will continue to be represented by firms KIRKLAND & ELLIS LLP and MORRIS, NICHOLS, ARSHT & TUNNELL LLP.

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Brian P. Egan*

                          Brian P. Egan (#6227)
                          Cameron P. Clark (#6647)
OF COUNSEL:                    1201 North Market Street
                          P.O. Box 1347
Gregory S. Arovas             Wilmington, DE 19899
Todd M. Friedman            (302) 658-9200
Rachel M. Fritzler             began@morrisnichols.com
KIRKLAND & ELLIS LLP     cclark@morrisnichols.com
601 Lexington Avenue
New York, NY 10022        *Attorneys for Plaintiff*
(212) 446-4800

Yungmoon Chang
KIRKLAND & ELLIS LLP
695 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
(310) 552-4200

David Rokach
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
(312) 862-2000

Stephen C. DeSalvo
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue NW
Washington, DC  20004
(202) 389-5000

December 24, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 24, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Katharine L. Mowery<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Robert K. Hur<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW Suite 900<br>Washington, DC 20006<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Joshua Eric Roberts<br>Jennifer S. Recine<br>KING & SPALDING LLP<br>1290 Avenue of the Americas 14th Floor<br>New York, NY 10104<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

Brian P. Egan (#6227)