IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TP-LINK SYSTEMS INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-1396-MN |
| | ) | |
| NETGEAR, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendant Netgear, Inc. ("Netgear") respectfully requests oral argument on Defendant's Motion to Dismiss and Motion to Strike (the "Motion," D.I. 15). Briefing is now complete on the Motion (D.I. 16, 17, 24, 25, 27, 28).

OF COUNSEL:

Robert K. Hur
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
(202) 737-0500
rhur@kslaw.com

Jennifer S. Recine
Joshua E. Roberts
KING & SPALDING LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 556-2100
jrecine@kslaw.com
jroberts@kslaw.com

Dated: January 6, 2026

/s/ Katharine L. Mowery
Katharine Lester Mowery (#5629)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
mowery@rlf.com

*Attorneys for Defendant*